FILED
CLERK, U.S. DISTRICT COURT
3/5/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

VIVEK SHAH,
Plaintiff,

v.

SECUREWORKS CORP.,
Defendant.

Case No.: 2:25-cv-12381-ODW-PVC

Date**:** April 6, 2026
Time**:** 1:30 pm
Courtroom**:** 540
Before**:** Hon. Otis D. Wright II

**NOTICE OF MOTION AND MOTION TO COMPEL RULE 26(f) CONFERENCE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 6, 2026 at 1:30pm, or as soon thereafter as the matter may be heard in Courtroom 5D of the Roybal Federal Building and United States Courthouse, located at 255 E. Temple St., Los Angeles, CA, 90012, before the Honorable Otis D. Wright II, United States District Judge, I, Plaintiff Vivek Shah, will and hereby do move this Court for an Order compelling Defendant, through its counsel, to participate in a conference pursuant to Federal Rule of Civil Procedure 26(f).

This motion is based on this Notice of Motion and Motion, the Declaration of Vivek Shah, the complete files and records in this action, and such other evidence and argument as may be presented to the Court.

This motion is made following Defendant's counsel's refusal to confer as required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

**MOTION TO COMPEL RULE 26(f) CONFERENCE**

I respectfully move this Court to compel Defendant to comply with its clear and non-negotiable obligations under Federal Rule of Civil Procedure 26(f).

Defendant cannot unilaterally stay its discovery obligations by threatening to file a motion to dismiss. By refusing to participate in the Rule 26(f) conference, Defendant is preventing the parties from discussing the "nature and basis of their claims and defenses," "the possibility of settling," making arrangements for disclosures, and discussing issues about preserving discoverable information, all as required by Rule 26(f). This refusal directly prejudices me and impedes the "just, speedy, and inexpensive determination of every action" mandated by Rule 1.

The Rule 26 provision regarding timing of the discovery conference requires that "the parties must confer as soon as practicable – and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."

Advisory Committee Notes make clear that 26(f) conferences should happen sooner rather than later, regardless of the preliminary nature of the proceedings. (Fed. Rules Civ. Proc., rule 26, 1993 Advisory Comm. Notes ["It will often be desirable . . . for the parties to have their Rule 26(f) meeting early in the case, perhaps before a defendant has answered the complaint . . . "].

This motion is being brought after the parties conducted a Pre-Motion Telephonic Conference on March 5, 2026, during which Magistrate judge Castillo noted that he did not have jurisdiction to hear this type of motion and that such a motion is to be noticed to the district judge.

For the foregoing reasons, I respectfully request that the Court grant this motion in its

entirety, order Defendant's counsel to participate in a Rule 26(f) conference within four (4) days.

Dated: March 5, 2026

*/s/ Vivek Shah*
Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
(224)246-2874
newvivekshah@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2026, I served the foregoing document along with its attachments by e-mail to the person(s) listed below:

"Safyan, Alexander R." <Alexander.Safyan@tuckerellis.com>

"Bird, Roylance L." <Roylance.Bird@tuckerellis.com>

Dated: March 5, 2026

*/s/ Vivek Shah*
Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
(224)246-2874
newvivekshah@gmail.com